

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Camila A. Garces*  *970 Broad Street, 7th floor*  973-645-2700
*Assistant United States Attorney*  *Newark, New Jersey 07102*

August 9, 2024

**VIA ECF & E-MAIL**
The Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and United States Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

        Re: <u>United States v. Steven G. Thomas and Maria Thomas</u>
           Crim. No. 22-775 (MAS)

Dear Judge Shipp:

    Under the pretrial scheduling order, the parties shall file *in limine* motions by today's date, August 9, 2024, and responses to such motions shall be filed on or before September 9, 2024. D.E. 46. The parties have conferred, and are jointly requesting that the dates be changed to reflect that the parties shall file *in limine* motions by September 6, 2024, and responses to such motions shall be filed on or before September 20, 2024.

    Thank you for Your Honor's consideration of this request.

                                                     Respectfully submitted,

**No further extensions will be granted**
**absent showing of good cause.**                           PHILIP R. SELLINGER
**So Ordered this 9th day of August 2024**       United States Attorney

*/s/ Michael A. Shipp*                                   By: <u>/s Camila A. Garces</u>
                                                              Camila A. Garces
**Honorable Michael A. Shipp, U.S.D.J.**           George M. Barchini
                                                               Assistant U.S. Attorneys

    cc: Jerome A. Ballarotto, Esq., Counsel for Defendant Steven Thomas
        Mark W. Catanzaro, Esq., Counsel for Defendant Maria Thomas