2020R00309

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Michael A. Shipp, |
| : | U.S.D.J. |
| v. : | |
| : | Crim. No. 22-775 (MAS) |
| STEVEN THOMAS, and : | |
| MARIA THOMAS : | <u>ORDER FOR DISMISSAL</u> |
| : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Count One of the Indictment, Crim. No. 22-775 (MAS), against defendants Steven Thomas and Maria Thomas (the "Defendants"), which Indictment was filed on November 17, 2022, charging the Defendants with conspiracy to commit immigration fraud, in violation of Title 18, United States Code, Section 371 (Count One) because prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

8/15/2024
Dated

HONORABLE MICHAEL A. SHIPP
United States District Judge