**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Crim. No. 22-775 (MAS) |
| STEVEN THOMAS | : | **ORDER FOR A CONTINUANCE** |

    This matter having come before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (by Camila A. Garces and George M. Barchini, Assistant United States Attorneys), and defendant Steven Thomas (Jerome A. Ballarotto, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter until February 17, 2026, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant, through his attorney, having consented to this continuance and waived such right, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1)    The matter was originally scheduled for trial on October 7, 2024;

    (2)    On August 20, 2024, the defendant applied for the Pretrial Diversion Program;

    (3)    On November 25, 2024, U.S. Pretrial Services ("Pretrial") informed the Government of its determination that the defendant is a proper candidate for the Pretrial Diversion Program;

(4) Given the determination, the Government drafted an agreement for 12 months of Pretrial Diversion;

(5) Upon approval of the agreement by Pretrial, the parties will meet to review and sign the agreement;

(6) The defendant has consented to the aforementioned continuance;

(7) The grant of a continuance likely will conserve judicial resources; and;

(8) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 3rd day of February, 2025;

ORDERED that the trial date of October 7, 2024 remains adjourned;

ORDERED that the pretrial scheduling order, D.E. 46, and the order regarding the filing of motions *in limine*, D.E. 50, are held in abeyance;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including February 17, 2026;

IT IS FURTHER ORDERED that the period from the date this Order is signed through and including February 17, 2026, and shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
The Honorable Michael A. Shipp
United States District Judge

Agreed and Consented to by:

/s/ Jerome A. Ballarotto
_____
Jerome A. Ballarotto, Esq.
Counsel for Defendant Steven Thomas


/s/ Camila A. Garces
_____
Camila A. Garces
Assistant United States Attorney